## DAN THOMAS v. STATE OF FLORIDA

25 So. (2nd) 501                                       January Term, 1946
March 29, 1946                                              Division A

*Mabry A. Carlton* and *John E. Lake,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.

## IRA JOHNS v. STATE OF FLORIDA

25 So. (2nd) 490                                       January Term, 1946
March 29, 1946                                              Division A

*John D. Menas,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ.. concur.